UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH RODRIGUEZ-VEGA,<br><br>        Petitioner,<br><br>    v.<br><br>ERIC HOLDER, et al.,<br><br>        Respondents.<br>_____/ | No. C-13-0097 EMC<br><br>**ORDER VACATING ORDER TO SHOW CAUSE**<br><br>(Docket Nos. 13, 14) |

        This Court issued an Order to Show Cause setting a briefing schedule in this matter on January 31, 2013. Docket No. 13, 14 (corrected order to show cause). Petitioner has now filed a voluntary dismissal of this action, as she has been released from immigration detention. Docket Nos. 16, 17. Accordingly, the Order to Show Cause is hereby **VACATED.**

        IT IS SO ORDERED.

Dated: March 4, 2013

_____
EDWARD M. CHEN
United States District Judge